UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CHARLSIE M. BANKS,

    Plaintiff,

vs.

OHIO DEPARTMENT OF REHABILITATION
AND CORRECTION, *et al.*,

    Defendants.

Case No. 3:18-cv-383

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

___

**ORDER: (1) GRANTING THE PARTIES' JOINT MOTION TO AMEND THE PRELIMINARY PRETRIAL CONFERENCE ORDER (DOC. 35); AND (2) SETTING FORTH AMENDED CALENDAR DATES AND DEADLINES**

___

This civil case is before the Court on the parties' joint motion to amend the Preliminary Pretrial Conference Order (doc. 35) which the Court, for good cause shown, and absent objection, **GRANTS**. The undersigned sets forth the following dates and deadlines in this case:

| | |
|---|---|
| Plaintiff's primary expert disclosures: | **April 3, 2020** |
| Defendants' primary expert disclosures: | **May 15, 2020** |
| Discovery deadline: | **September 30, 2020** |
| Telephone conference with Judge Rose[1]: | **October 29, 2020 at 10:30 am** |
| Dispositive motion deadline[2]: | **November 13, 2020** |
| Final pretrial conference in Chambers: | **May 18, 2021 at 2:30 pm** |
| Jury trial (Courtroom #2): | **June 28, 2021 at 9:30 am** |

---

[1] This conference is scheduled with Judge Rose to discuss, *inter alia*, possible alternative dispute resolution mechanisms.

[2] The parties are reminded of their continuing duty to update their discovery responses pursuant to Fed. R. Civ. P. 26(e). This includes responses to initial disclosures pursuant to Rule 26(a), as well as interrogatories, requests for production, and requests for admission. Further, the discovery deadline means that all discovery must be concluded, as opposed to simply requested, by the discovery date. Further, absent approval by the Court, there will be no continuation of discovery beyond the discovery deadline. If counsel or the parties extend discovery by agreement, there will be no supervision or intervention by the Court, such as a Fed. R. Civ. P. 37 request for sanctions, without a showing of extreme circumstances. Parties who undertake discovery beyond the discovery deadline do so at the risk the Court may not permit its completion before trial.

If the parties desire assistance, they are directed to contact the undersigned's courtroom deputy, Diane Marcus, at (937) 512-1640, in order to schedule a status conference. Likewise, prior to filing motions to compel discovery, the parties must meet and confer to resolve their dispute and, thereafter, are directed to call the undersigned's chambers, at this same telephone number, to schedule an informal discovery conference. If the parties settle this case on their own, they shall inform the Court as soon as possible.

**IT IS SO ORDERED.**

Date:  February 12, 2020  　　　　　　　　　　　s/ Michael J. Newman
　　　　　　　　　　　　　　　　　　　　　　　Michael J. Newman
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge