UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CHARLISE M. BANKS,

    Plaintiff,

vs.

STATE OF OHIO, DEPARTMENT OF
REHABILITATION AND
CORRECTION, *et al.*,

    Defendants.

Case No. 3:18-cv-383

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

## ORDER OF REFERENCE FOR MEDIATION

Pursuant to 28 U.S.C. § 636(c), and at the request of the parties, this case is hereby referred to Judge Sharon L. Ovington for the purposes of mediation.

**IT IS SO ORDERED.**

\*s/Thomas M. Rose

Date:  February 14, 2020

Thomas M. Rose
United States District Judge